JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAKA D. GILBERT, | Case No. 5:23-cv-01795-DSF-PD |
| Petitioner, | **JUDGMENT** |
| v. | |
| COALINGA STATE HOSPITAL, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus and Denying Certificate of Appealability,

IT IS ADJUGED that the Petition is dismissed without prejudice.

DATED: 9/15/2023

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE